NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WESLEY ANDREW FOX, )
)
Appellant, )
)
v. )            Case No. 2D18-1756
)
STATE OF FLORIDA, )
)
Appellee. )
_____)

Opinion filed August 23, 2019.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Rachael E. Reese of O'Brien Hatfield,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and BADALAMENTI, JJ., Concur.